LODGED

AUG 12 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2003

at ___ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

1  ROGER J. ROSEN, Bar # 48573
   1801 Avenue of the Stars, Suite 900
2  Los Angeles, CA 90067-5803

3  Attorney for Defendant Borti Petrich

4

5                   IN THE UNITED STATES DISTRICT COURT

6                      FOR THE DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,        ) Case No.: CR 00-394(SOM)
                                    )
9            Plaintiff,             ) STIPULATION AND ORDER EXONERATING
                                    ) BOND AND CANCELING AND RELEASING
10      vs.                         ) MORTGAGE
                                    )
11 BORTI PETRICH,                   ) JUDGE: SUSAN OKI MOLLWAY
                                    )
12           Defendant              )
                                    )
13                                  )

See revisions made by court

14

15       STIPULATION AND ORDER EXONERATING BOAND AND
              CANCELING AND RELEASING MORTGAGE

16

17

18       IT IS HEREBY STIPULATED, by and between Plaintiff United States of

19 America and Defendant BORTI PETRICH, through their respective counsel, that

20 Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, a Judgment

   in a Criminal Case was filed herein on February 6, 2003, ~~October 11, 2000~~, and Defendant BORTI    SOM

21 PETRICH having been committed to the custody of the United States Bureau of

22 Prisons for imprisonment and having surrendered himself to the United States

23 Marshall Service, and all conditions of the bond posted herein having been

24 satisfied, the bond herein-above posted and the security mortgage filed in

25 conjunction therewith dated October 11, 2000 and recorded in the State of

1

```
 1  California Bureau of Conveyances on October 12, 2000 as Instrument No. 00-
 2  1591887, Official Records, are hereby exonerated and canceled.  The
 3  mortgagors therein are hereby released and the mortgage herein-above referred
 4  to is canceled.
 5
 6  Dated:  7/28/03
 7
 8
 9  _____(per)        _____
    ROGER J. ROSEN,                 THOMAS J. BRADY
    Attorney for Defendant          Attorney for Plaintiff
10  Borti Petrich                   United States
```

```
PETRICH(05)                                of America

                                           NO OBJECTION:

                                           _____, Assistant
                                           U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

[signature]
SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT


CR. No. 00-00394 (SOM); U.S.A v BORTI PETRICH(05), et al; STIPULATION AND ORDER EXONERATING BOND
AND CANCELING AND  RELEAING MORTGAGE
```