PROB. 12B
(7/93)

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 3 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: FRANK GUTIERREZ          Case Number: CR 00-00394SOM-03

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence: 11/17/2003

Original Offense:   Using a Telephone to Facilitate the Commission of Felony Under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), a Class D felony

Original Sentence:   Sixty-three (63) months imprisonment and three (3) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conduction by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident.

Type of Supervision: Supervised Release     Date Supervision Commenced: 10/13/2006

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   *Frank Gutierrez, as a condition of supervision, shall submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. 3583(d).*

Prob 12B
(7/93)

2

## CAUSE

The subject's term of supervised release commenced on 10/13/2006 in the Central District of California (CD/CA). On 10/30/2006, our office received a letter from the subject's CD/CA probation officer indicating that the subject is currently participating in an outpatient substance abuse treatment program. In light of U.S. vs. Stephens and in anticipation of the subject's completion of substance abuse treatment, the probation officer recommends the above modification. The recommendation is based on the subject's history of substance abuse and need for continued monitoring. The modification will allow the probation officer to provide any needed intervention and reduce the subject's risk to the community.

The subject's substance abuse history includes marijuana, crack cocaine, and methamphetamine abuse prior to his arrest for the instant offense. The supervising probation officer indicates that given the relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention need to be continued following successful transition from outpatient treatment. The probation officer believes that drug testing is the most reliable method for monitoring drug use.

Our office concurs with the supervising probation officer's recommendation that the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Prob 12B
(7/93)

3

      This report also serves to inform the Court that the CD/CA has accepted a transfer of jurisdiction in an effort to expedite any future matters that may require Court intervention. Should the Court concur with our request to transfer jurisdiction in this case, Your Honor's signature is requested on both originals of Probation Form 22, Transfer of Jurisdiction.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 11/27/2006

---

THE COURT ORDERS:

[ X ]  Concur with Recommendation (Your Honor's signature is also requested on the two original attached Probation Form 22s for the transfer of jurisdiction.)

[ ]  Other

SUSAN OKI MOLLWAY
U.S. District Judge

NOV 2 9 2006

Date

# UNITED STATES DISTRICT COURT
## District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Frank Gutierrez, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Witness: _____  Signed: _____
STEVEN FRYDMAN                       FRANK GUTIERREZ
U. S. Probation Officer              Supervised Releasee

Date: 10/26/06