**DUPLICATE ORIGINAL**

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR 00-00394SOM-03 |
| DOCKET NUMBER (Rec. Court) | CR-07-36-R |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| FRANK GUTIERREZ | District of Hawaii | Honolulu |

*FILED JAN - 8 2007 CLERK U.S. DISTRICT COURT*

**ESSENTIAL DOCUMENT**

| NAME OF SENTENCING JUDGE |
|---|
| Susan Oki Mollway |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/13/2006 | TO 10/12/2009 |
|---|---|---|

**OFFENSE**

Using a Telephone to Facilitate the Commission of Felony Under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), a Class D felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California (Santa Fe Springs) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOV 29 2006
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAR 12 2007 at 11 o'clock and 30 min A.M. SUE BEITIA, CLERK*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California (Santa Fe Springs)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2007
Effective Date

*signature*
CHIEF ALICEMARIE H. STOTLER
United States District Judge

408