

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

March 6, 2007

Clerk, United District Court
District of Hawaii

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 12 2007
11:30 ⟵ 5
DISTRICT OF HAWAII

Re:   Transfer of Jurisdiction of Probation

Your Case No. _____ CR 00-00394SOM-03 _____

Assigned Our Case No. _____ CR 07-00036 R _____

Case Title: _____ US V FRANK GUTIERREZ _____

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _____ Alicemarie H. Stotler _____.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By _____ E. Synagogue _____ *(signature)*
      Deputy Clerk

Mailed to: USDC
C338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (12/01)                TRANSMITTAL LETTER - PROBATION TRANSFER-IN