# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

sue BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 15, 2007

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, G-8
Los Angeles, CA 90012

RE:   TRANSFER OF JURISDICTION
      CR 00-00394 SOM-03
      USA vs. (03) Frank Gutierrez

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)   Certified Copy of the Criminal Complaint

(  ✔  )   Certified Copy of the Indictment

(  ✔  )   Certified Copy of Judgment In A Criminal Case

(  ✔  )   Certified Copy of the Docket Sheet

(  ✔  )   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*******************************************************************************

Receipt is acknowledged by:          Clerk, U.S. District Court

Dated: _____          By: _____

Your Criminal Case No.: _____